# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRANCE GREEN,**<br>    **Plaintiff,** | :<br>:<br>: |
| v. | :    **CIVIL ACTION NO. 23-CV-2702** |
| | : |
| **LARRY KRASNER,** *et al.*,<br>    **Defendants.** | :<br>: |

## ORDER

This 14th day of September, 2023, upon consideration of Terrance Green's Motion to Proceed *In Forma Pauperis* (ECF No. 5), Prisoner Trust Fund Account Statement (ECF No. 4), *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Terrance Green, # 29837-510, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of FDC Philadelphia or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Green's inmate account; or (b) the average monthly balance in Green's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Green's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Green's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of FDC Philadelphia.

2

    4.    The Complaint is **DEEMED** filed.

    5.    The Clerk of Court is **DIRECTED** to amend the caption to reflect that the correct identification of "Judge Moss Bradley" is "Judge Bradley K. Moss."

    6.    Green's Complaint is **DISMISSED** with no leave to amend for the reasons stated in the Court's Memorandum.

    7.    The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ Gerald Austin McHugh

**GERALD A. MCHUGH, J.**